JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE NEWMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DICKENS HOUSE II HOMEOWNERS ASSOCIATION (erroneously sued as DICKENS HOUSE OWNERS ASSOCIATION, INC.), a California corporation; WESTCOM PROPERTY SERVICES, INC. a California corporation; ANA ELIZONDO, an individual; NANCY GRECO, an individual; DORIS SMITH, an individual; DEBORAH REINER, an individual; and, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-CV-01979 DSF (EX)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [FRCP 41(A)]**<br><br>Complaint Filed: March 25, 2022 |

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close this file.

IT IS SO ORDERED.

DATED: March 9, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE